IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAULA LIVERS-POWELL, | CASE NO. 5:12-cv-03454 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNIVERSITY OF CALIFORNIA, SANTA CRUZ, et. al., | |
| Defendant(s). | |

In light of the Order to Show Cause filed January 15, 2013 (see Docket Item No. 8), the Case Management Conference scheduled for February 1, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: January 15, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03454 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE