IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PAULA LIVERS-POWELL, | CASE NO. 5:12-cv-03454 EJD |
|---|---|
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| UNIVERSITY OF CALIFORNIA, SANTA CRUZ, et. al., | |
| Defendant(s). | |

On January 15, 2013, the court ordered Plaintiff to show cause in writing by February 5, 2013, why this action should not be dismissed for failure to serve the Summons and Complaint consistent with Federal Rule of Civil Procedure 4. See Docket Item No. 8. The court advised Plaintiff that this case would be dismissed if she did not respond or otherwise demonstrate good cause why service had not been accomplished. Id.

Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 6, 2013

EDWARD J. DAVILA
United States District Judge